IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOREEN CAHILL and JANET CHRISTMAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC., and BED BATH & BEYOND, INC.<br><br>      Defendants. | Civil Action No.: 22-cv-7507-CS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BED BATH & BEYOND, INC.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiffs Cahill and Christman hereby dismiss **without prejudice**, all claims against Defendant Bed Bath & Beyond, Inc., only.

Dated: June 6, 2023

SO ORDERED.

*Cathy Seibel*   6/7/23
CATHY SEIBEL, U.S.D.J.

The Clerk of Court is requested to terminate Bed Bath & Beyond as a defendant in this action.

**BURSOR & FISHER, P.A.**

By:   */s/Philip L. Fraietta*
    Philip L. Fraietta

Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Brittany S. Scott
1990 North California Blvd., Suite 940

1

Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: bscott@bursor.com

*Attorneys for Plaintiff*