UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOREEN CAHILL and JANET CHRISTMAN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | Civil Action No.: 7:22-cv-07507 (CS)<br><br>**SUPPLEMENTAL STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** |

Honorable Cathy Seibel, U.S.D.J.:

WHEREAS, the parties to this action (the "Parties" and individually a "Party") requested that this Court issue a protective order pursuant to Federal Rule of Civil Procedure 26(c) to protect the confidentiality of nonpublic and competitively sensitive information that they may need to disclose in connection with discovery in this action;

WHEREAS, this Court granted the Parties' request and entered a protective order on March 11, 2024 that is included in the court docket as Dkt 57.

WHEREAS, the Parties request that the Court enter a supplemental order to make clear that a list and data to be produced by Keurig pursuant to Section 4.1 (a) of the Parties' Settlement Agreement, which includes confidential data that identifies customer's personal contact information, is to be used only to provide class members Notice Of Preliminary Approval of Class Settlement and is deemed "Confidential Discovery Material" included within the scope of this Court's March 11, 2024 order ( Dkt 57.) .

WHEREAS, the Parties, through counsel, agree to the following terms; and WHEREAS, this Court finds good cause exists for issuance of an appropriately tailored supplemental confidentiality order governing the production of this action:

IT IS THEREFORE ORDERED that that any person subject to this Order – including without limitation the Parties to this action (including their respective corporate parents, successors, and assigns), their representatives, agents, experts and consultants, all third parties providing discovery in this action, and all other interested persons with actual or constructive notice of this Order — shall adhere to the following terms, upon penalty of contempt:

1. The list and data to be produced by Keurig pursuant to Section 4.1 (a) of the Parties' Settlement Agreement, which includes confidential data that identifies customers' personal contact information to be used to provide class members Notice Of Preliminary Approval Of Class Settlement is deemed "Confidential Discovery Material" included within the scope of this Court's March 11, 2024 order (Dkt 57).

2. As such, the use of the list and data that identifies customers' personal contact information is restricted to providing Notice Of Preliminary Approval Of Class Settlement, and associated tasks in connection therewith.

SO STIPULATED AND AGREED.

_____          May 2, 2025_____
Counsel for Plaintiffs:                  Dated:

_____          5/2/25_____
Counsel for Defendant:                   Dated:

Dated: New York, New York

SO ORDERED.

*Cathy Seibel*

Honorable Cathy Seibel,
United States District Judge

Dated: 5/6/25