UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOREEN CAHILL and JANET CHRISTMAN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>Defendant. | Case No. 22-cv-7507-CS |

**NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARDS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 30, 2025 at 9:45 a.m. before the Honorable Cathy Seibel, United States District Judge for the Southern District of New York, 300 Quarropas St., White Plains, NY 10601, Plaintiffs Doreen Cahill and Janet Christman, by and through Class Counsel, will move and hereby do move for an order (1) approving the payment of attorneys' fees, costs, and expenses in the amount of one-third of the settlement fund, (2) granting Ms. Cahill and Ms. Christman incentive awards of $5,000 each in recognition of their efforts on behalf of the class, and (3) awarding such other and further relief as the Court deems reasonable and just.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the accompanying memorandum of law in support, the Declarations of Doreen Cahill and Janet Christman, and the Declaration of Philip L. Fraietta, with annexed exhibits.

Dated: August 11, 2025

Respectfully submitted,

By:    */s/ Philip L. Fraietta*
      Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

*Class Counsel*